Cody Melby
4720 E. 130th Ave
Thornton, CO 80241
February 5th, 2025

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2025

JEFFREY P. COLWELL
CLERK

Judge Daniel D. Domenico
United States District Court
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Dear Judge Domenico:

Thank you for the opportunity to write to you. I am writing this letter in reference to case number 24-cr-00051-DDD-01. I humbly petition the court for early termination of my term of supervised release.

Since my release from federal custody in August of 2023, I have complied with all terms of my supervised release imposed by the court in my sentencing. Following my release, I have lived at the same residence with my family, purchased reliable transportation, have attended regular PTSD counseling, and I have maintained employment with the same company since October 2023. I am currently employed at Restaurant Depot. I was originally hired as a freezer stocker. Within three weeks of my hiring, I was promoted to forklift operator and have again since then been promoted to dairy manager. As the dairy manager, I oversee a department with over $250,000 of perishable products and supervise two full-time employees. Throughout my employment, I have had exemplary performance, and I have received zero disciplinary infractions at work. I now have an opportunity to move over to JHL Constructors as a Safety Engineer, accountable to the Safety Manager in ensuring compliance with OSHA regulatory guidance and company policy. In pursuit of this opportunity, I have completed twelve separate courses for the company. I am also actively working on my OSHA 30 certification and anticipate I will have this requirement completed soon. This opportunity will require reporting to various job sites across the state, taking me outside of the 100-mile imposed radius at times on very short notice. My overall goal over the next year following termination of supervised release is to purchase a home here in the greater Denver area so I can continue working with this company.

Based upon my performance over the past 18 months, stability, and strict adherence to my terms of release, I feel it would be a waste of government resources to continue supervision. I understand the consequences of my actions and throughout this period I have gained a new appreciation for my freedom.

Sincerely,

CODY L. MELBY
Sergeant First Class, USA Retired








**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2023 FedEx 155475/155476 REV 11/23

PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.

Made from 100% recycled paperboard

Scan to learn how we can help make Earth a priority together.

11/02/24 13:15